UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | No. 17 Cr. 25 (ER) |
| ISSAK ALMALEH and ANTOANETA IOTOVA, | NOTICE OF MOTION TO SUPPRESS |
| Defendants. | |

**PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Ezra Spilke and the accompanying Memorandum of Law in Support of the Motion, defendant Issak Almaleh will move before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be fixed by the Court, for an Order:

(1) Suppressing materials seized from the globalization@mail.com email account,

(2) Suppressing materials seized from Mr. Almaleh's residence, and

(3) For such other and further relief as the Court deems just and proper.

Dated:   Brooklyn, New York
         August 31, 2020                    Respectfully submitted,


                                              /s/ Ezra Spilke
                                            Ezra Spilke
                                            Law Offices of Ezra Spilke, PLLC
                                            1825 Foster Avenue, Suite 1K
                                            Brooklyn, New York 11230

                                            *Counsel for Issak Almaleh*