*[handwritten: 625 805 7943]*

To the Southern District Court of New York,

*To Honorable Judge Ramos*

USA

Plaintiff

Vs                                                   17-0025-cr

Issak Almaleh

Antoaneta Iotova

Defendants

RECEIVED AUG 2 5 2020 EDGARDO RAMOS U.S. DISTRICT JUDGE S.D.N.Y.

## Motion for help and Motion for Immediate Investigation

## Motion for Immediate Dismiss for Violation of the Sixth Amendment Rights

**Your Honor,**

Defendants ask the Honorable Court to help them in the complicated situation they are in. They have practically no attorneys. The last four people Nooter, Marcus, Spilke and Oksenhendler declared that they will no longer will help and defend the Defendants and agree to withdraw. Meanwhile the Defendants have no new attorneys for the case (if they have any at all till now) and also their economic situation got worse every day.

The Defendants are left in the street supposedly owning properties they could not use, as per the words of the above group of attorneys.

**The Defendants ask your Honor for an order to be accommodated in their supposedly owned properties, because that is a requirement of the Housing Department NYC.**

The Defendants ask your Honor also for an order from the Court of full investigation who is the owner of these properties at the moment and how he acquired them. These properties are the subject of the here investigation and the said criminal case. Attorney Nooter few days before the last Motion for substitution of counsel told the Defendants that one of the properties was recently sold by someone. We want to know who is that someone, how he acquired the property and we need full investigation on the matter. The same happened with the other properties, owned by our corporations in Florida and NYC, while the Defendants stay in jail for having any properties.

The hired by the Court investigator is not providing recently any reports. The last report provided to the Defendants disappeared. There was mentioned that the Attorney General of Florida is conducting investigation and has filed a civil lawsuit and won against Ocwen Financials for restitution of the extremely large amount of money, hundreds of millions, from the illegally sold properties, some of them in the indictment of Iotova and Almaleh. One of the sold by Ocwen properties is the house of the family in Florida with the help of a company Mccabe, Conway and Weisberg, daughter company of Ocwen financials, with the same mailing address as Ocwen financials in West Palm Beach, Florida. Ocwen financials is involved also in the properties in NYC, together with other attorneys involved.

2

Meanwhile the economic situation of the Defendants is getting worse, because the city is not providing them benefits and Issak Almaleh, who is 67 sick disabled person is not receiving his SSI, because someone stole his checks, because Almaleh has no regular address and no bank account. Somebody ordered closing of his bank account and continue to deny him access to bank account. This was the only income of the Defendants because the only work check of Defendant Iotova unsuccessful attempt to find a job ended with closing of her bank account and the bank stealing her only check without a trace. In the times of pandemic the whole operations of the banks are done online and on the phone. The banks are not providing any information of why they close somebody's account, it is in their policy.

Because we already many times in this letter used the word someone, or Jane Doe, John Doe, the Defendants ask the Honorable Court to investigate, The Defendants have no the capacity and no ability to investigate the crimes done with the properties of the indictment and the crimes done against them. They need financial help from the Court to provide decent housing for themselves because they were displaced from their housing because of the said here case. The same happened with their minor kids, who are still in school and without any financial support from their parents.

We are in very difficult times of pandemic. The Defendants need mercy from the Court. They think that they have been punished harder than the alleged crime. They are left to die from hunger in the streets of New York, separated from their family and relatives.

Defendants ask for immediate resolution of the case. They ask for immediate dismiss because any reasonable timeframe for

prosecution has passed and any constitutional rights of the Defendants have been violated severely, and any human rights. The Defendants are in perilous situation because of this case against them and the provision of the 6th Amendment has the purpose of important safeguard to prevent undue and oppressive incarceration prior to trial, to minimize anxiety and concern accompanying public accusation and to limit the possibility that long delay will impair the ability of an accused to defend himself, to which the Defendants have been exposed already.

Please, Your Honor for your immediate hearing and order for dismiss because of the undue burden on the Defendants for the violation of their Sixth Amendment rights.

The same content letter will be sent to FBI and the US Attorney of Southern District of NY.

Respectfully signed: 1. *[signature]*
                     2. *[signature]*

Antoaneta Iofciu
38 W 31st Cy 441
NY, NY 10001

To Southern District Court NY
Attn. Judge Ramos
500 Pearl Street
NY, NY

