-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISSAK ALMALEH and ANTOANETA IOTOVA,

Defendants.

No. 17 Cr. 25 (ER)

DECLARATION OF ANTOANETA IOTOVA

Antoaneta Iotova hereby states under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1. I am one of the defendants in the above-mentioned proceeding.

2. I base this declaration on my personal knowledge and a review of materials disclosed by the United States of America including agent affidavits dated November 22, 2016, January 23, 2017, and signed by Jamie Brooks, a Special Agent with the Federal Deposit Insurance Corporation Office of Inspector General.

3. I resided at 1030 Washington Street, Hollywood, Florida 33019, with my husband Issak Almaleh including on the date that the search warrant for that residence was executed – which was on or about January 25, 2017.

4. I also co-own the entity that owns the email account "globalization@mail.com" including at the time that the warrant was executed.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2020..

_____
Antoaneta Iotova

-1-